# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 05/28/2025   DAY: Wednesday   START TIME: 12:35 PM   END TIME: 12:52 PM
JUDGE/MAG.: jdp   CLERK: acd   REPORTER: pch
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 25-cr-04   CASE NAME: USA v. Tyler Beeler

**APPEARANCES:**
ASST. U.S. ATTY.: Louis Glinzak   DEFENDANT ATTY.: Christopher M. Zachar

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 40 YR(S) IMPRISONMENT; $ 5,000,000 FINE; Life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: ___   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**
☒ GUILTY        ☒ DEFENDANT SWORN
☐ NOT GUILTY    ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
☐ NO CONTEST    ☒ DEFT. ADJUDGED GUILTY BY COURT
☐ MUTE

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: ___   TRIAL ESTIMATE: ___ DAYS
PTMH/EVID. HRG.: ___   MOTIONS DUE: ___
FPTC: ___   FPTC SUBMISSIONS: ___
FINAL HEARING: ___

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 06/17/2025   OBJECTIONS DUE: 07/01/2025
SENTENCING: 07/24/2025 at 10:00 AM

**RELEASE/DETENTION:**
☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**

TOTAL COURT TIME: 17"