## COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 7/24/2025   DAY: Thursday   START TIME: 10:05 a.m.   END TIME: 10:30 a.m.
JUDGE/MAG.: Peterson   CLERK: rks   REPORTER: PH
PROBATION OFFICER: J. Koch   INTERPRETER: _____   SWORN:
CASE NUMBER: 25-cr-4-jdp   CASE NAME: USA v. Tyler Beeler

**APPEARANCES:**
AUSA: Megan Stelljes   DEFENDANT ATTY.: Christopher Zachar

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 23   CRIMINAL HISTORY CATEGORY: IV
ADVISORY GUIDELINE IMPRISONMENT RANGE: 70 to 87 MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT   ☐ INFORMATION
CBOP CT. 1 ; 64 MOS.; 5 YRS. S/R; $ 100 CA; $ - REST.; $ - FINE.
CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____ ;
☐ RELEASE CONDITIONS CONTINUED.
☐ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Sentence is to run concurrently with the remaining revocation sentence in La Crosse County case 21CF857.

TOTAL COURT TIME: 0' 25"